# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SANDRA DE BLANC,<br><br>               Plaintiff,<br><br>   v.<br><br>ALOHA AIRPORT EXPRESS, LLC,<br><br><br>              Defendant. | Case No. 2:18-cv-00151-APG-CWH<br><br>**ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

In light of defendant Aloha Airport Express, LLC's response to the order to show cause (ECF Nos. 9, 10),

IT IS ORDERED that the order to show cause (ECF No. 8) is deemed satisfied and I will not remand this action for lack of subject matter jurisdiction.

DATED THIS 6th day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE