MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
CHRISTOPHER D. PHIPPS
Nevada Bar No. 3788
E-mail:  Christopher.Phipps@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Attorneys for Aloha Airport Express, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA DE BLANC,<br><br>Plaintiff,<br><br>v.<br><br>ALOHA AIRPORT EXPRESS, a Foreign Limited Liability Company; does 1 THROUGH 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No.:  2:18-cv-151<br><br>**Aloha Airport Express, LLC's Motion to Modify Service List** |

Aloha Airport Express, LLC moves to remove attorney Kym Cushing from the CM/ECF electronic service list.  Mr. Cushing is no longer affiliated with Wilson Elser Moskowitz Edelman & Dicker  and no longer represents Aloha Airport Express, LLC in this matter.

DATED this 5th day of March, 2018.

IT IS SO ORDERED.

DATED: March 7, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

*/s/ Michael P. Lowry*
_____
MICHAEL P. LOWRY, ESQ.
CHRISTOPHER D. PHIPPS, ESQ.
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Aloha Airport Express, LLC

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on March 5, 2018, I served **Aloha Airport Express, LLC's Motion to Modify Service List**:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

Michaela E. Tramel, Esq.
RICHARD HARRIS LAW FIRM
801 S. 4th Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

BY __*/s/ Michael P. Lowry*_____
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP