**SAO**
MICHAELA E. WOOD, ESQ.
Nevada Bar No. 9466
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Michaela@RichardHarrisLaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA DE BLANC, <br><br> Plaintiff, <br><br> vs. <br><br> ALOHA AIRPORT EXPRESS, a Foreign Limited Liability Company; does 1 THROUGH 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally, <br><br> Defendants. | CASE NO.: 2:18-cv-00151-APG-CWH |

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO COMPLETE DISCOVERY (FIRST REQUEST)**

The parties stipulate to an extension of discovery deadlines, currently set pursuant to the Stipulated Discovery Plan and Scheduling Order [Doc. #10] filed on March 7, 2018.

**I. DISCOVERY THAT HAS BEEN COMPLETED IN THIS MATTER INCLUDES THE FOLLOWING**:

The following discovery has been completed by the parties:

1. Plaintiff received written discovery;
2. Plaintiff's Initial Disclosure;

3. Defendant's Initial 16.1 Disclosure.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED:

The discovery that remains to be completed includes, but is not limited to:

1. Initial expert disclosures;
2. Depositions of expert witnesses
3. Deposition of Person(s) Most Knowledgeable for Aloha Airport Express;
4. Deposition of Plaintiff;
5. Depositions of Plaintiff's treating providers;
6. Additional written discovery requests.
7. Requesting and obtaining updated medical records.
8. Any other potential depositions or written discovery which may become necessary as discovery continues.

## III. REASONS WHY THE DISCOVERY REMAINING WILL NOT BE COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER

The parties to this action need additional time to complete discovery. The Plaintiff lives out of state and takes care of her elderly, sick husband. She has to make arrangements for somebody to stay with him while she travels back to Las Vegas for her deposition. Defense counsel has been kind enough to accommodate for this and has agreed to extend any outstanding deadlines.

## IV. A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The parties hereby stipulate to continue the discovery deadlines **sixty (60)** days as follows:

|  | **Old Deadline:** | **New Deadline:** |
|---|---|---|
| Last day to Amend Pleadings: | 04/26/2018 | 06/25/2018 |
| Initial Expert Disclosures: | 05/25/2018 | 07/24/2018 |

| | | |
|---|---|---|
| Interim Status Report | 05/25/2018 | 07/24/2018 |
| Rebuttal Expert Disclosures: | 06/25/2018 | 08/24/2018 |
| Close of Discovery: | 07/25/2018 | 09/24/2018 |
| Dispositive Motion Deadline: | 08/24/2018 | 10/23/2018 |
| Pre-Trial Order, if no Dispositive Motions | 09/24/2018 | 11/23/2018 |

Dated this 27th day of April, 2018

By: __/s/ Michaela E. Wood_____

RICHARD HARRIS LAW FIRM
Michaela E. Wood, Esq.
Nevada Bar No. 9466
801 S. Fourth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

Dated this 27th day of April, 2018

By: __/s/ Christopher D. Phipps_____

WILSON ELSER MOSKOWITZ
& DICKER LLP
Christopher D. Phipps, Esq.
Nevada Bar No. 3788
300 S. Fourth Street, 11th Floor
Las Vegas, NV 89101

*Attorneys for Defendant*

IT IS SO ORDERED

DATED: May 1, 2018

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of RICHARD HARRIS LAW FIRM, and that on this 27th day of April, 2018, I served a copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** by the CM/ECF electronic filing system of the United States District Court for the District of Nevada, upon each party in this case who is registered as an electronic filing user with the Clerk.

WILSON ELSER MOSKOWITZ
& DICKER LLP
Christopher D. Phipps, Esq.
Nevada Bar No. 3788
300 S. Fourth Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant

/s/ Nicole Gilenson
_____
An Employee of Richard Harris Law Firm