IAN C. ESTRADA, ESQ.
Nevada Bar No. 12575
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Ian@RichardHarrisLaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA DE BLANC, <br><br> Plaintiff, <br><br> vs. <br><br> ALOHA AIRPORT EXPRESS, a Foreign Limited Liability Company; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally, <br><br> Defendants. | CASE NO.: 2:18-cv-00151-APG-CWH <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANT'S MOTIONS** |

Plaintiff, Sandra De Blanc, and Defendant, Aloha Airport Express, by and through their respective counsel of record hereby stipulate and agree that deadlines for Plaintiff to file her Responses to Defendant's pending motions shall be extended as follows:

///
///
///
///
///
///
///
///

1

| Motion | Current Due Date | New Due Date |
|---|---|---|
| Def.'s Motion to Strike (Doc. 26) | Jan. 4, 2019 | Jan. 11, 2019 |
| Def.'s Motion in Limine to Exclude Lane Swainston (Doc. 27) | Jan. 10, 2019 | Jan. 17, 2019 |
| Def.'s Motion for Summary Judgment (Doc. 25) | Jan. 11, 2019 | Jan. 18, 2019 |

DATED this 4th day of January, 2019.    DATED this 4th day of January, 2019.

**RICHARD HARRIS LAW FIRM**        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ Ian C. Estrada*               */s/ Christopher D. Phipps, Esq.*
IAN C. ESTRADA, ESQ.               Michael Lowry, Esq.
Nevada Bar No. 12575               Christopher D. Phipps, Esq.
801 South Fourth Street            300 South Fourth Street, 11th Floor
Las Vegas, NV 89101                Las Vegas, Nevada 89101
*Attorneys for Plaintiff*          *Attorneys for Defendant*
                                   *ALOHA AIRPORT EXPRESS, LLC*

## **ORDER**

It is hereby ORDERED that the deadline for Plaintiff to file her Responses to Defendant's pending motions shall be as follows:

| Motion | Current Due Date | New Due Date |
|---|---|---|
| Def.'s Motion to Strike (Doc. 26) | Jan. 4, 2019 | Jan. 11, 2019 |
| Def.'s Motion in Limine to Exclude Lane Swainston (Doc. 27) | Jan. 10, 2019 | Jan. 17, 2019 |
| Def.'s Motion for Summary Judgment (Doc. 25) | Jan. 11, 2019 | Jan. 18, 2019 |

_____
UNITED STATES DISTRICT JUDGE
Dated: January 7, 2019.