

MICHAEL P. LOWRY
Nevada Bar No. 10666
CHRISTOPHER D. PHIPPS
Nevada Bar No. 3788
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Michael.Lowry@wilsonelser.com
Christopher.Phipps@wilsonelser.com
Attorneys for Aloha Airport Express, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA DE BLANC,<br><br>    Plaintiff,<br><br>v.<br><br>ALOHA AIRPORT EXPRESS, a Foreign Limited Liability Company; does 1 THROUGH 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>    Defendants. | Case No.: 2:18-cv-151<br><br>**Proposed Order re Aloha Airport Express, LLC's Motion to Strike Plaintiff's 3rd Rule 26(a)(1) Disclosure [ECF No. 26]** |

On December 21, 2018 Defendant moved to strike Plaintiff's 3rd Rule 26(a)(1) disclosure as it pertained to Dr. Patel.[1] Plaintiff's response[2] conceded all of Aloha's points, save one. Plaintiff does not 1) object to excluding Dr. Patel's July 24, 2018 and August 23, 2018 medical records; 2) object to barring Dr. Patel from giving opinion testimony as a non-retained expert; or 3) argue her designation of Dr. Patel as a non-retained expert was appropriate. Plaintiff instead only argued that the October 31, 2018 medical record should be admissible as evidence of ongoing medical treatment. Defendant's reply noted it could agree to that if that is only purpose for the record, and Dr. Patel is not giving opinion testimony.[3]

---

[1] ECF No. 26.
[2] ECF No. 30.
[3] ECF No. 33.

Based upon this, Defendant's motion is denied in part to the extent it sought to strike the October 31, 2018 medical record. Defendant's motion is otherwise granted as described in this order.

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>BY: */s/ Michael P. Lowry*<br>MICHAEL P. LOWRY<br>CHRISTOPHER D. PHIPPS<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101-6014<br>Tel: 702.727.1400/Fax: 702.727.1401<br>Attorneys for Aloha Airport Express, LLC | THE RICHARD HARRIS LAW FIRM<br><br>BY: */s/ Ian Estrada*<br>IAN C. ESTRADA, ESQ.<br>Nevada Bar No. 12575<br>E-mail: Ian@richardharrislaw.com<br>801 South Fourth Street<br>Las Vegas, Nevada 89101-6014<br>Tel: 702.444.4444<br>Attorneys for Sandra De Blanc |
| | It is so ordered.<br><br>_____<br>UNITED STATES MAGRISTRATE JUDGE<br>DATED: January 28, 2019 |

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on January 25, 2019, I served the **Proposed Order re Aloha Airport Express, LLC's Motion to Strike Plaintiff's 3rd Rule 26(a)(1) Disclosure [ECF No. 26]** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| |
|---|
| Ian Estrada<br>Richard Harris Law Firm<br>801 S. 4th St.<br>Las Vegas, NV 89101<br>Attorneys for Sandra DeBlanc |

BY: */s/ Michael P. Lowry*
An Employee of
