Michael Lowry
Nevada Bar No. 10666
Christopher D. Phipps
Nevada Bar No. 3788
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
Michael.Lowry@wilsonelser.com
Christopher.Phipps@wilsonelser.com
*Attorneys for Defendant Aloha Airport Express, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA DE BLANC,<br><br>Plaintiff,<br><br>vs.<br><br>ALOHA AIRPORT EXPRESS, a Foreign Limited Liability Company; does 1 THROUGH 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.: 2:18-cv-00151-APG-DJA<br><br>**STIPUALTION AND ORDER TO EXTEND SUBMISSION DATE OF JOINT PRETRIAL ORDER (FIRST REQUEST)** |

Plaintiff SANDAR DE BLANC, by and through her undersigned attorneys of record, Richard Harris, Esq., and Ian Estrada, Esq., of RICHARD HARRIS LAW FIRM, and Defendant ALOHA AIRPORT EXPRESS, by and through its attorney of record, Michael Lowry and Christopher D. Phipps of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby submit this stipulation and order to extend the submission date of the Joint Pretrial Order to November 15, 2019.

**I.     Case Overview.**

Defendant Aloha Airport Express ("Aloha") uses 15 passenger vans to operate an airport shuttle service between Lake Havasu City, Arizona, and McCarran International Airport in Las Vegas, with stops in Laughlin. On August 9, 2016, Plaintiff boarded an Aloha shuttle in Laughlin to travel to McCarran. Once the shuttle arrived at the airport, Aloha's driver placed a step stool next

1534348v.1
1534348v.1

to the van to assist passengers in exiting the van.  Plaintiff fell as she used the step stool to exit the van.

There are competing theories as to why Plaintiff fell using the step stool.  Plaintiff alleges that the legs of the step stool collapsed causing her to fall to the pavement.  Aloha contends that Plaintiff stepped on the step stool unevenly causing the stool tip over.  Aloha's driver, who was assisting Plaintiff as she exited the van, was able to catch Plaintiff and prevent her from falling to the pavement.

Plaintiff alleges that Aloha was negligent in maintaining its van in a reasonably safe condition by using an unsafe step stool and by failing to warn Plaintiff of the dangerous condition created by the allegedly unsafe step stool.

Aloha denies that step stool was defective and denies that Plaintiff suffered any damages due to Aloha's alleged conduct.

**II.    Case Status.**

Discovery is closed.  The court entered an Order Denying Defendant's Motion for Summary Judgment and Granting Defendant's Motion in Limine on September 23, 2019. (ECF No. 41)  With the court's ruling, the parties have been able to better evaluate their respective positions for further settlement negotiations.  The parties are now actively engaged in negotiations and, therefore, respectfully request an extension through and including November 15, 2019, by which to file the Joint Pretrial Order in order to see if the matter can be resolved in the interim.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

This is the first request for an extension of the deadline to file the Joint Pretrial Order.

Respectfully Submitted,

| DATED this 31st day of October, 2019. | DATED this 31st day of October, 2019. |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | RICHARD HARRIS LAW FIRM |
| /s/ Christopher D. Phipps<br>MICHAEL LOWRY<br>Nevada Bar No. 10666<br>CHRISTOPHER D. PHIPPS<br>Nevada Bar No. 3788<br>300 South Fourth Street, 11th Floor<br>Las Vegas, Nevada 89101-6014<br>Tel: 702.727.1400/Fax: 702.727.1401<br>Attorneys for Aloha Airport Express | /s/ Ian Estrada<br>Richard Harris, Esq.<br>Ian Estrada, Esq.<br>801 S. 4th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |

### III.　ORDER

Based upon the stipulation above, the deadline by which the parties must file the Joint Pretrial Order is hereby extended to November 15, 2019.

DATED: __November 4, 2019__.

_____
United States Magistrate Judge