# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA DE BLANC, | Case No.: 2:18-cv-00151-APG-DJA |
| Plaintiff | **Order Denying Motions in Limine as Moot** |
| v. | [ECF Nos. 51, 52, 53] |
| ALOHA AIRPORT EXPRESS, LLC, | |
| Defendant | |

In light of the parties' notice of settlement (ECF No. 54),

I ORDER that the defendants' motions in limine **(ECF Nos. 51, 52, 53) are DENIED without prejudice as moot**.

DATED this 8th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE