Michael Lowry
Nevada Bar No. 10666
Christopher D. Phipps
Nevada Bar No. 3788
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89119
(702) 727-1400; FAX (702) 727-1401
Michael.Lowry@wilsonelser.com
Christopher.Phipps@wilsonelser.com
*Attorneys for Defendant Aloha Airport Express, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA DE BLANC,<br><br>              Plaintiff,<br><br>    vs.<br><br>ALOHA AIRPORT EXPRESS, a Foreign Limited Liability Company; does 1 THROUGH 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>              Defendants. | CASE NO.:  2:18-cv-00151-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS** |

IT IS HEREBY STIPULATION between Plaintiff SANDAR DE BLANC, by and through her undersigned attorneys of record, Richard Harris, Esq., and Ian Estrada, Esq., of RICHARD HARRIS LAW FIRM, and Defendant ALOHA AIRPORT EXPRESS, by and through its attorney of record, Michael Lowry and Christopher D. Phipps of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, that Plaintiff's Complaint against Defendant and all causes of action

. . .

. . .

1  contained therein, be dismissed with prejudice, with each party to bear its own fees and costs .

2  DATED this 5th day of June, 2020.                    DATED this 5th day of June, 2020.

3  WILSON ELSER MOSKOWITZ                               RICHARD HARRIS LAW FIRM
   EDELMAN & DICKER LLP

*/s/ Michael Lowry*                                                        */s/ Ian Estrada*

MICHAEL LOWRY                                                     RICHARD HARRIS
Nevada Bar No. 10666                                                Nevada Bar No. 505
CHRISTOPHER D. PHIPPS                                        IAN ESTRADA
Nevada Bar No. 3788                                                  Nevada Bar No. 12575
6689 Las Vegas Blvd. South, Suite 200                     801 S. 4th Street
Las Vegas, Nevada 89119                                          Las Vegas, Nevada 89101
Tel: 702.727.1400/Fax: 702.727.1401                      Attorneys for Plaintiff
Attorneys for Aloha Airport Express

**<u>ORDER</u>**

Based upon the stipulation above, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Complaint against Defendant and all causes of action contained therein, be dismissed with prejudice, with each party to bear its own fees and costs

Dated: June 8, 2020.

_____
UNITED STATES DISTRICT JUDGE